# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONTROLLED KINEMATICS, INC.<br><br>　　　　Plaintiff and<br>　　　　Counterclaim Defendant,<br><br>,<br>　　　v.<br><br>NOVANTA CORPORATION,<br><br>　　　　Defendant and<br>　　　　Counterclaim Plaintiff. | **CASE NO. 1:17-CV-11029** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Counterclaim Defendant Controlled Kinematics, Inc., and Defendant and Counterclaim Plaintiff Novanta Corporation, being all of the parties to this action, hereby agree and stipulate that this action, including all claims and counterclaims, shall be dismissed with prejudice, without costs or attorneys' fees, and without right to appeal.

Respectfully submitted,

| CONTROLLED KINEMATICS, INC. | NOVANTA CORPORATION |
| by its attorneys, | by its attorneys, |

|  /s/ Evan Pitchford |  /s/ Kevin J. Conroy |
| Eric S. Engel (*pro hac vice*) | Matthew C. Baltay (BBO#638722) |
| Evan Pitchford (*pro hac vice*) | Kevin J. Conroy (BBO#685774) |
| CONKLE, KREMER & ENGEL | FOLEY HOAG LLP |
| 3130 Wilshire Blvd # 500 | 155 Seaport Boulevard |
| Santa Monica, CA 90403 | Boston, MA 02210 |
| (310) 998-9100 | Tel: (617) 832-1000 |
| e.engel@conklelaw.com | Fax: (617) 832-7000 |
| e.pitchford@conklelaw.com | mbaltay@foleyhoag.com |
| | kjconroy@foleyhoag.com |

Howard J. Castleman, (BBO#551259)
CASTLEMAN LAW LLC
Prudential Tower
800 Boylston Street, 16th Floor
Boston, MA 02199
(617) 8677-7635
hcastleman@castlemanlaw.com


Dated: January 16, 2020


# CERTIFICATE OF SERVICE

  I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on this 16th day of January, 2020.

             */s/ Kevin J. Conroy*